| | |
|---|---|
| **CAMPBELL & COOMBS, P.C.**<br>1811 S. Alma School Road, Suite 225<br>Mesa, Arizona 85210<br>(480) 839-4828<br>Fax: (480) 897-1461<br><br>Harold E. Campbell<br>State Bar No. 005160<br>Nicole Smith<br>State Bar No. 029316<br>Attorney for Debtors | |

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GJERGJ K. MIHILLI, and<br>SILVIA H. MIHILLI,<br>     Debtors | Chapter 11  Proceeding<br><br>Case No. 2:12-bk-02401-CGC |
| GJERGJ K. MIHILLI and SILVIA H. MIHILLI,<br><br>     Plaintiffs<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>     Defendant. | Adversary No. 2:12-ap-01476-CGC |

## CERTIFICATE OF SERVICE

I, Nicole Smith, certify that on August 21, 2012, all interested parties listed below were served this CERTIFICATE OF SERVICE, the SUMMONS IN AN ADVERSARY PROCEEDING, and the COMPLAINT (ADVERSARY) by:  1) regular mail service with prepaid postage to each of the interested parties below, and 2) by certified/return receipt mail to the Defendant's officer and Statutory Agent.  All of the mailings were handled by the Mesa, Arizona branch of the United States Postal Service.

**CORPORATION SERVICE COMPANY**
2338 W. Royal Palm Road,
Suite J

Phoenix. Arizona 85021
*Statutory Agent for Wells Fargo Bank, N.A.*

**Wells Fargo Bank NA**
ATTENTION: Bankruptcy Department
MAC #T7416-023
4101 Wiseman Blvd
San Antonio, TX 78251

**Wells Fargo Bank, N.A.**
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 50328-0001

**Wells Fargo Bank, N.A.**
**c/o Ronald M. Horwitz**
3200 N. Central Avenue, Suite 2000
Phoenix, AZ 85012

**Wells Fargo Bank, N.A.**
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**OFFICE OF THE U.S. TRUSTEE**
230 North First Avenue
Suite 204
Phoenix, AZ 85003

    **DATED**: August 21, 2012.

                                    **CAMPBELL & COOMBS, P.C.**

                                      By */s/ Nicole Smith (#029316)*
                                             Nicole Smith
                                             Attorney for Plaintiff

2

**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Road, Suite 225
Mesa, Arizona 85210
(480) 839-4828
Fax: (480) 897-1461

Harold E. Campbell
State Bar No. 005160
Nicole Smith
State Bar No. 029316
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>GJERGJ K MIHILLI and<br>SILVIA H MIHILLI,<br><br>Debtors | Chapter 11 Proceeding<br><br>Case No. 2:12-bk-02401-CGC |
| GJERGJ K MIHILLI and<br>SILVIA H MIHILLI,<br><br>Plaintiffs<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Adversary No. 2:12-ap-01476-CGC |

## COMPLAINT

Plaintiffs, Gjergj K. Mihilli and Silvia Mihilli, by and through their attorneys, Campbell & Coombs PC, hereby state for their complaint as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; 11 U.S.C. § 506(a), 11 U.S.C. § 1123(b)(5) and Rule 7001 et seq. Rules of Bankruptcy Procedure. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), 157 § (b)(2)(B), and 157 (b)(2)(K).

2. Plaintiffs reside in Maricopa County, Arizona and are the Debtors in the above captioned Chapter 11 Proceeding.

3. Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), upon information and belief,

is licensed to do, write and make residential mortgage loans in the State of Arizona. This complaint pertains to the secured claim of Wells Fargo as listed in Debtors' Schedule D filed with the Court on February 10, 2012, (hereinafter "Third Mortgage").

4. Plaintiffs filed a voluntary Chapter 11 Petition on February 10, 2012, in the District of Arizona Case No. 2:12-bk-02401-CGC.

5. Plaintiffs, at the time of the filing of their case, are the owners of certain real property located at 344 West Patrick, Gilbert, Arizona 85233 (the "Property") with a legal description as follows:

> LOT 315, OF RANCHO DEL VERDE UNIT IV, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 383 OF MAPS, PAGE 31.

6. The Plaintiffs believe that the Property is worth $258,310.63, per a Residential Appraisal Report dated, February 25, 2012 *(See Exhibit "K" of Disclosure Statement Docket #47)*.

7. The Property is subject to a first mortgage lien in favor of Wells Fargo Bank, N.A., which was duly recorded. Per Wells Fargo's proof of claim, filed on May 31, 2012, the payoff amount is $122,923.12.

8. The Property is also subject to a second mortgage lien in favor of the Defendant. The Defendant filed a Proof of Claim in the amount of $206,209.52 on April 11, 2012.

9. Plaintiffs assert that after applying the first and second mortgage liens of Wells Fargo that there is no equity remaining for which Defendant's Third Mortgage lien to attach to.

| | |
|---|---|
| Value of the Property (Appraisal) | $258,310.63 |
| Less: First Mortgage Lien | $122,923.12 |
| Less: Second Mortgage Lien | $206,209.52 |
| Available Equity for Third Lien | (Negative $70,822.01) |

2

10. Plaintiffs assert that pursuant to 11 U.S.C. §§506(a)(1) and 506(d), Defendant's Third Mortgage claim is totally unsecured and its lien (Deed of Trust) upon the Debtors' real property is void.

**WHEREFORE,** Plaintiffs pray that this Court find in favor of the Plaintiffs and Order the following:

a. That there is insufficient equity for Defendant's Third Mortgage lien to attach and that Defendant's Third Mortgage lien is totally unsecured and void.

b. That this Court order the Defendant to cancel and release the Third Mortgage lien on the residential real estate of the Debtors pursuant to 11 U.S.C. Section 506(d), immediately upon the entry of the Discharge Order and deliver a copy of the release to the attorney for the Debtors within 20 days from the date of the discharge at no charge or fee for the release and delivery.

c. That the Order of this Court may be recorded and the same shall have the effect of voiding the Third Mortgage lien on the public records.

d. That Plaintiffs recover any relief that this Court deems justified and appropriate.

**RESPECTFULLY SUBMITTED**: this 17th day of August, 2012.

                    **CAMPBELL & COOMBS, P.C.**

                    By: */s/ Nicole Smith (029316)*
                         Nicole Smith
                         Attorney for Plaintiffs/Debtors

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:12−bk−02401−CGC |
| GJERGJ K MIHILLI and SILVIA H MIHILLI | Chapter: 11 |
| *Debtor(s)* | |

| | |
|---|---|
| GJERGJ K MIHILLI<br>SILVIA H MIHILLI | Adversary No.: 2:12−ap−01476−CGC |
| *Plaintiff(s)* | |
| *v.* | |
| WELLS FARGO BANK, N.A. | |
| *Defendant(s)* | |

# SUMMONS IN AN ADVERSARY PROCEEDING

To each Defendant listed above, **YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or the plaintiff, if not represented by an attorney.

| Name and Address of Plaintiff's Attorney | NICOLE SMITH<br>CAMPBELL & COOMBS<br>1811 S. ALMA SCHOOL RD., #225<br>MESA, AZ 85210 |
|---|---|

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date: August 20, 2012**

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003–1727  
Telephone number: (602) 682–4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

