UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:     Case No.: 2:12−bk−02401−CGC

   GJERGJ K MIHILLI and SILVIA H MIHILLI     Chapter: 11
*Debtor(s)*

---

   GJERGJ K MIHILLI     Adversary No.: 2:12−ap−01476−CGC
  et al.
*Plaintifff(s)*

*v.*

   WELLS FARGO BANK, N.A.
*Defendant(s)*

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) have failed to plead or otherwise defend in this case as required by law.

Wells Fargo Bank, N.A.

Therefore, default is entered against the above−named defendant(s) as authorized by **Federal Rule of Bankruptcy Procedure 7055**.

**Date: November 19, 2012**

**Address of the Bankruptcy Clerk's Office:**     Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101     **George Prentice**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov